UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHATEAU LAFITTE HOMEOWNER'S ASSOCIATION, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:11-CV-00737** <br> **c/w 2:11-CV-00858** |
| **ST. BERNARD PARISH GOVERNMENT** | **APPLIES TO: 2:11-CV-00858** |
| **VERSUS** | **SECTION "C" (1)** |
| **PROVIDENT REALTY ADVISORS, INC., ET AL.** | |

## ORDER AND REASONS

This matter comes before the Court on a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendants. (Rec. Doc. 57). Plaintiffs oppose the motion. (Rec. Doc. 58). Having considered the memoranda of counsel, the record, and the applicable law, Defendants' motion to dismiss, Rec. Doc. 57, is DISMISSED AS MOOT.

On May 16, 2011, Defendants moved to dismiss former named Defendants Craig Taffaro, President of St. Bernard Parish, and St. Bernard Parish Council members Wayne Landry and Ray Lauga. (Rec. Doc. 57). Subsequent to Defendants' motion to dismiss, Plaintiffs filed their First Amended Complaint, in which only St. Bernard Parish and St. Bernard Parish Council are named Defendants. (Rec. Doc. 58 at 2). Thus, Defendants' argument that Taffaro, Landry, and Lauga should be dismissed as moot because no claims are alleged against them.

New Orleans, Louisiana, this 29th of July, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE