UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 2:12-cv-321 |
| Plaintiff, | * | 2:12-cv-322 |
| | * | 2:12-cv-325 |
| v. | * | |
| | * | Pertains to 2:12-cv-325 |
| ST. BERNARD PARISH, et al., | * | |
| | * | |
| Defendants | * | SECTION C |
| | * | |
| | * | JUDGE BERRIGAN |
| ************************************ | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**NOLA CAPITAL GROUP, LLC'S EXHIBIT AND WITNESS LISTS**

Pursuant to the scheduling order entered in the above-captioned case, NOLA Capital Group, LLC (hereinafter "NOLA Capital") hereby provides its exhibit and witness lists for trial in this matter.

**I.    NOLA Capital's Witness List**

**Expert Witnesses**

1. Stephen D. Villavaso
   Villavaso & Associates, LLC
   6304 Beauregard Avenue
   New Orleans, LA 70124

2. Andrew Beveridge
   President, Social Explorer, Inc
   50 Merriam Ave
   Bronxville, NY 10708
   914.337.6237

3. Richard L. Murphy
   Murphy Appraisal Services
   19411 Helenberg Road
   Covington, LA 70433
   985.626.4115

1

4. Brian Gros
   Licensed Real Estate Agent and Realtor
   Chalmette, LA

**Fact Witnesses**

5. Brent Anderson
   NOLA Capital Group, LLC
   Contact through counsel

6. Doug Muth
   NOLA Capital Group, LLC
   Contact through counsel

7. Mark Lunde
   NOLA Capital Group, LLC
   Contact through counsel

8. Jon Christensen
   Accountant for NOLA Capital Group, LLC
   Contact through counsel

9. David G. Olson, CPA
   ELO Prof. LLC
   1820 N. Sanborn Blvd.
   PO Box 249
   Mitchell, SD  57301

10. Chris Weisinger
    3712 Veronica Dr.
    Chalmette, LA 70043

11. Any witnesses necessary for rebuttal or impeachment.

12. Any witnesses identified in the Defendant's witness list.

13. Any witnesses identified in consolidated cases 12-cv-321 and 12-cv-232.

## II.   NOLA Capital Group LLC's Exhibit List

| Trial Exhibit No | Description | Admitted/Objection |
|---|---|---|
| NOLA 201 | Summary of NOLA Properties with purchase, sale and occupancy information | |
| NOLA 202 | NOLA Capital Group, LLC Profit and Loss Report | |
| NOLA 203 | 7/15/09 letter from Jerry Graves to NOLA Capital Group | |

| Trial Exhibit No | Description | Admitted/Objection |
|---|---|---|
| | with attachments | |
| NOLA 204 | St. Bernard Parish PUP Applications and Determinations | |
| NOLA 205 | Receipts, invoices and other documents regarding NOLA Capital's purchase, restore and maintain its properties in St. Bernard Parish | |
| NOLA 206 | Lease and Rental Agreements for NOLA Capital's St. Bernard Parish Properties | |
| NOLA 207 | Sales documents for the NOLA Capital property sold in St. Bernard Parish | |
| NOLA 208 | Property Management Agreements and statements for NOLA Capital properties | |
| NOLA 209 | Financing documents for NOLA Capital's St. Bernard Parish properties | |
| NOLA 210 | Documents relating to efforts to sell or lease NOLA Capital's St. Bernard Parish properties | |

1. Any documents necessary for rebuttal or impeachment.

2. Any documents identified by Defendants.

3. Any documents identified in Consolidated Cases 12-cv-321 and 12-cv-322.

Respectfully submitted this 30th day of November, 2012.

**Lindquist & Vennum**

/s/ Daniel R. Fritz
Daniel R. Fritz (admitted pro hac vice)
101 S. Reid Street, Suite 302
Sioux Falls, SD 57103
dfritz@lindquist.com

**Jones Walker**
Coleman Ridley (#25849)
Place St. Charles
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100
cridley@joneswalker.com

*Attorneys for Plaintiff, NOLA Capital Group, LLC*

3

DOCS-#3801385-v1

## CERTIFICATE OF SERVICE

I, Daniel R. Fritz, certify that on this 30th day of November, 2012, I caused the foregoing *Nola Capital Group LLC's Exhibit and Witness Lists*, to be sent via the Court's ECF system to:

Francis Brian Mulhall
Mulhall Law Firm
3900 N. Causeway Blvd.
Suite 1470
Metairie, LA 70002
(504) 836-7536
franmulhall@aol.com

Guice Giambrone, Esq.
David Bennett Parnell, Jr.
Blue Williams, LLP (Metairie)
3421 N. Causeway Blvd.
Suite 900
Metairie, LA 70002
504-831-4091
Fax: 504-849-3882
ggiambrone@bluewilliams.com
dparnell@bluewilliams.com

William M. McGoey, Legal Counsel
St. Bernard Parish Government
8201 West Judge Perez Drive
Chalmette, Louisiana 70043 USA

J. Warren Gardner, Jr.
James Aristide Holmes
Mary Beth Meyer
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras St.
New Orleans, LA 70130-6078
(504) 561-5700
jaholmes@christovich.com
jwgardner@christovich.com
mbmeyer@christovich.com

/s/ Daniel R. Fritz
Daniel R. Fritz