UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHATEAU LAFITTE HOMEOWNER'S ASSOCIATION, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 11-737 c/w 11-858<br>Applies to: 11-858 |
| ST. BERNARD PARISH GOVERNMENT | SECTION "C" (1) |

## ORDER AND REASONS

The Court, having considered the Report and Recommendation of the United States Magistrate Judge, the objections filed by St. Bernard Parish and the St. Bernard Parish Council, the record, and the applicable law, hereby approves the Report and Recommendation as reasonable and properly supported and adopts it as its opinion in this matter. Rec. Doc. 260. Accordingly,

IT IS ORDERED that the plaintiffs are awarded damages in the total amount of $797,497.72, consisting of attorneys' fees in the amount of $762,885.00 and costs in the amount of $34,612.72.

New Orleans, Louisiana, this 17 day of July, 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT